JAMES F. MCLAUGHLIN *v.* JULIEN LESSARD ET AL.
(13459)

DUPONT, C. J., and O'CONNELL and FOTI, Js.

Submitted on briefs April 21—decision released May 23, 1995

*James F. McLaughlin,* pro se, the appellant (plaintiff), filed a brief.

PER CURIAM. The judgment is affirmed.